Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

**Western** District of **Texas**

**Midland** Division

FILED
MAY 26 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**Hussein Ali Yassine**
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**GEO Group Inc, Warden B. Thompson**
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 4:20-cv-00042-DC-DBF
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: HUSSEIN ALI YASSINE
All other names by which you have been known: MIKE YASSINE
ID Number: 92619-280
Current Institution: Reeves County Detention Center
Address: P.O. Box 2038
PECOS   TX   79772
City   State   Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Geo Group INC
Job or Title *(if known)*: Big Spring Flightline
Shield Number:
Employer:
Address: 2001 Rickabaugh Dr
Big Spring   TX   79720
City   State   Zip Code

[ ] Individual capacity   [X] Official capacity

Defendant No. 2
Name: BOBBY THOMPSON
Job or Title *(if known)*: WARDEN
Shield Number:
Employer: Geo Group INC
Address: 2001 Rickabaugh Dr
Big Spring   TX   79720
City   State   Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   _____ _____ _____
   City              State             Zip Code

   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   _____ _____ _____
   City              State             Zip Code

   ☐ Individual capacity    ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        Violation of my constitutional right to include
        - 1st amendment - right to practice religion
        - 14th amendment - due process right deprivation
        - Violation of liberty

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

claim arose on May 2nd 2018 to Nov 6th, 2018 at Big Spring flightline, 2001 Rickabaugh, Big Spring TX, 79772. I was held 186 days in segregation while violating my religious, due process, and prisoner's rights

C. What date and approximate time did the events giving rise to your claim(s) occur?

May 2nd to Nov 6th 2018

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was put in segregatition without due process or administrative remedy while having my religious right violeted as well as my prisoner's rights. No investigation was conducted for the alledged incident I was there. I was not allowed to practice "RAMADAN FASTING" in June 2018.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

physical and psychological injuries - torture mentaley - and Abused

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

the Maximum amount allowed by law for my permanent Mental and psychological injuries incurred during the segregation and pain and suffering -

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Big Spring Flight Care, Geo Group Inc, 2001 Rickabaugh P. Big Spring, TX 79720

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[ ] No

[X] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   With Warden thompson.

2. What did you claim in your grievance?

   illegal confinment, due process violation

3. What was the result, if any?

   NONE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Administrative Remedies Could not be exhausted

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Warden B. Thompson would not answer my complain

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Hussein Ali Yassine
   Defendant(s) Geo Group Inc, Warden P. Wise

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Western District of Texas, Pecos Division

3. Docket or index number

   N/A   Unassigned

4. Name of Judge assigned to your case

   David Count

5. Approximate date of filing lawsuit

   May 20th, 2020

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 22nd, 2020

Signature of Plaintiff: *Hussein A Yassine*
Printed Name of Plaintiff: Hussein A. Yassine
Prison Identification #: 92619-280
Prison Address: RCDC III, P.O Box 2038
Pecos, TX 79772
City / State / Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City / State / Zip Code

Telephone Number
E-mail Address

Hussein A. Yassine
Fed ID# 92619-280
Reeves County Detention Center III
P.O Box 2038, Pecos, TX 79772

May 22nd, 2020

United States District Court
Midland Division, Office of the Clerk

Re: Complaint for Violation of Civil Rights
§ 1983 claim

Dear Clerk,

Enclosed is my petition at §1983 complaint for your filing.
Please note I did not include an additional copy nor a forma pauperis application — P. We have been on lock down since April 1st and do not have access to the law library or copies. I ask that you please mail me a forma pauperis application and a copy of the filed document enclosed. I will execute the forma pauperis application and mail back to you as soon as I receive it.
Thank you in advance for all your help in this matter.

Sincerely,
Hussein A. Yassine

Hussein A. Yassine
#92619-280
Reeves County Detention Center III
PO Box 2038
Pecos, Texas 79772

RECEIVED
MAY 26 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States District Court
Western District of Texas
Office of the clerk.
200 E. Wall St
Midland, Texas 79701


